UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**FLETCHER TERRELL MINOR**  **CIVIL ACTION NO. 23-cv-1765 SEC P**
**#21150-035**

**VERSUS**  **JUDGE TERRY A. DOUGHTY**

**USA**  **MAGISTRATE JUDGE PEREZ-MONTES**

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 8] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED, AND DECREED,** that because Plaintiff Fletcher Terrell Minor ("Minor") cannot proceed under the savings clause, Minor's Claim [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 27th day of March 2024.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**